IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BENJAMIN DAVIS, #1734875,             §
                                      §
        *Petitioner,*                 §
                                      §
v.                                    §          No. 3:22-CV-569-X-BK
                                      §
DIRECTOR, TDCJ-CID,                   §
                                      §
        *Respondent.*                 §

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.   [Doc. No. 6.]    No objections were filed.    The Court has reviewed the proposed findings, conclusions, and recommendation for plain error.    Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The petitioner subsequently filed a document that appears to be styled "Motion to Discover."   [Doc. No. 7.]    The document is unintelligible.    To the extent that it contains any objections to the magistrate judge's report, the Court also finds no error upon *de novo* review. The Court **DENIES** the motion.

**IT IS SO ORDERED** this 10th day of May, 2022.


_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE