IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BENJAMIN DAVIS, #1734875 | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:22-CV-569-X-BK |
| | § | USCA NO. 22-10639 |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and FINDS that Petitioner has failed to meet his burden of showing that he delivered his notice of appeal to prison officials for mailing on or before June 9, 2022, the last day for filing a timely notice of appeal.

Plaintiff's *Motion to Change Venue*, *Motion to Discover Extradition*, and *Motion Sworn Mandamus Declaration & Transient Enroute Change of Venue* are **DENIED**. Docs. 18-20.

SO ORDERED this 2nd day November, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE